THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN GARVIN, Also Known as ANTHONY GARVIN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP WRIGHT, Appellant.

Submitted August 7, 2017; decided September 5, 2017

Reported below, *People v Garvin*, 130 AD3d 644.

Reported below, *People v Wright*, 134 AD3d 1059.

Motion by National Association of Criminal Defense Lawyers et al. for leave to appear amici curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN R. SIMMONS, Appellant.

Submitted June 26, 2017; decided September 5, 2017

Motion for assignment of counsel granted and David C. Schopp, Esq., Legal Aid Bureau of Buffalo, Inc., 290 Main Street, Suite 350, Buffalo, NY 14204 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE SIMPSON, Also Known as GAZOO, Appellant.

Submitted August 14, 2017; decided September 5, 2017

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.